

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-16-00428-CR

**EX PARTE** Billy Jack **GUERRA**

Original Habeas Corpus Proceeding[1]

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
              Marialyn Barnard, Justice
              Jason Pulliam, Justice

Delivered and Filed: July 13, 2016

PETITION FOR WRIT OF HABEAS CORPUS DISMISSED FOR LACK OF JURISDICTION

On June 30, 2016, Relator filed a pro se petition for writ of habeas corpus seeking an order releasing him from confinement or reducing his bond. Relator is currently incarcerated in the Bexar County Adult Detention Center awaiting trial on a charge of possession of a controlled substance under Texas Health and Safety Code section 481.115 (West 2010).

This court has no original habeas corpus jurisdiction in criminal matters. *Dodson v. State*, 988 S.W.2d 833, 835 (Tex. App.—San Antonio 1999, no pet.). In criminal matters, the courts authorized to issue writs of habeas corpus are the Texas Court of Criminal Appeals, district courts, and county courts. TEX. CODE CRIM. PROC. ANN. art. 11.05 (West 2015).

---

[1] This proceeding arises out of Cause No. 2016CR1777, styled *The State of Texas v. Billy Jack Guerra*, pending in the 144th Judicial District Court, Bexar County, Texas, the Honorable Lorina I. Rummel presiding.

We further note that Relator has been appointed counsel to represent him before the trial court. Any original proceeding on Relator's behalf should be presented by Relator's appointed counsel. Relator is not entitled to hybrid representation. *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). The absence of a right to hybrid representation means relator's pro se petition presents nothing for this court's review. *Id.*

PER CURIAM

DO NOT PUBLISH